## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE: DR. BAKER-WILLIAMS    Case No. 3:23-mc-5-TJC-MCR

_____

### O R D E R

This case is before the Court on pro se Plaintiff Dr. Baker-Williams' Motion to Proceed In Forma Pauperis. (Doc. 3). On February 24, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 4) recommending that Plaintiff's application be denied and the case be dismissed without prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 4), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 4) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Dr. Baker-Williams' Motion to Proceed In Forma Pauperis (Doc. 3) is **DENIED**. This case is **DISMISSED without prejudice**.

3. The Clerk should terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 23rd day of March,

2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Plaintiff

Counsel of record

2